C. Roman Rector (SBN 212244)
Frederick C. Thomas (SBN 227607)
RECTOR & TOSNEY LLP
25 Cadillac Drive
Suite 200
Sacramento, CA 95925
Telephone (916) 737-3163
Facsimile (916) 737-3173

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE TAYLOR, | No. CIV-S-05-2528 FCD KJM P |
| Petitioner, | STIPULATION TO EXTEND and ORDER |
| v. | |
| JAMES E. TILTON, Acting Secretary of California Department of Corrections and Rehabilitation, et al., | |
| Respondent | |

The parties hereto, and through the undersigned counsel, hereby agree to grant Petitioner thirty (30) days to file its response to Respondent's Motion to Dismiss Petitioner's Petition for Writ of Habeas Corpus.

Dated:__9-7-06____                    RECTOR & TOSNEY L.L.P.


____/s/ C. Roman Rector_____

C. Roman Rector

Attorney for Petitioner

1

Dated:__9-7-06_____                            ATTORNEYGENERAL'S OFFICE

____/s/ C. Roman Rector_____

**Roman Rector, per prior authorization, on behalf of Brian Means Supervising Deputy Attorney General Attorneys for Respondent**

\*      \*      \*

ORDER

    IT IS ORDERED, on good cause showing, that Petitioner is granted a fourteen (14) day extension to file his response to Respondent's Motion to Dismiss Petitioner's Petition for Writ of Habeas Corpus.

Dated: September 18, 2006.

                               UNITED STATES MAGISTRATE JUDGE

2