IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MONTE TAYLOR,

    Petitioner,

vs.                            No. CIV-S-05-2528 FCD KJM P

RODERICK Q. HICKMAN, Secretary of California Department of Corrections and Rehabilitation, et al.

    Respondent.          <u>ORDER</u>

_____/

        Petitioner is a California prisoner proceeding with counsel with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his Butte County conviction for vehicular manslaughter with gross negligence and felony child endangerment. On August 9, 2006, respondent filed a motion to dismiss the petition as being untimely. On September 29, 2006, petitioner filed a response to respondent's motion to dismiss. On October 16, 2006, respondent filed a reply to petitioner's opposition.

        Petitioner's briefing thus far has focused on the argument that petitioner is entitled to statutory tolling of the Anti-Terrorism and Effective Death Penalty Act's (AEDPA) statute of limitations. The court directs petitioner to submit further opposition briefing on the related issue of whether petitioner is entitled to equitable tolling of the statute. This briefing shall be filed with

1

1  the court within two weeks of the date of this order. Respondent's supplemental reply is due one
2  week after the filing of petitioner's brief.
3        IT IS SO ORDERED.
4  DATED: July 13, 2007.

_____
U.S. MAGISTRATE JUDGE

2