IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MONTE TAYLOR,

    Petitioner,                     No. CIV S-05-2528 FCD KJM P

    vs.

JAMES E. TILTON, et al.,[1]

    Respondents.               ORDER

    /

Counsel for petitioner is directed to file the following documents with the court within ten days of the date of this order:

    1. The enclosures sent with Richard Dangler's letter of May 6, 2004, attached as part of Exhibit B to the affidavit of C. Roman Rector, filed February 20, 2007; and

    2. Proof that Monte Taylor, Pam Taylor and Jesse Taylor, Sr. have been served with copies of the filings relating to respondent's motion to dismiss.

IT IS SO ORDERED.

DATED: August 15, 2007.

                                                U.S. MAGISTRATE JUDGE

2/tayl2528.ord

---

[1] The court substitutes James Tilton, current secretary of the California Department of Corrections and Rehabilitation, for Roderick Hickman, who served in that capacity when this action was filed. Fed. R. Civ. P. 25(d)(1).

1