IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MONTE TAYLOR,

    Petitioner,   No. CIV S-05-2528 FCD KJM P

  vs.

JAMES E. TILTON, et al.,

    Respondents.   ORDER
_____/

In light of the August 27, 2007 filing by C. Roman Rector, petitioner Monte Taylor is given twenty days from the date of this order in which to file a response to the proceedings on the motion to dismiss, if any, directly with the court.

IT IS HEREBY ORDERED:

1. Petitioner Monte Taylor may, but is not required to, send any comments about the proceedings on the motion to dismiss to the court; and

2. The Clerk of the Court is directed to serve a copy of this order in paper format on petitioner Monte Taylor, T-31655 A-5-107L, Pleasant Valley State Prison, P.O. Box 8502, Coalinga, California 93210.

DATED: August 28, 2007.

_____
U.S. MAGISTRATE JUDGE

2/tayl2528.ord

1