IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MONTE TAYLOR,

    Petitioner,                      No. CIV S-05-2528 FCD KJM P

    vs.

JAMES TILTON,

    Respondent.                    <u>ORDER</u>

/

        On November 14, 2007, petitioner filed a substitution of counsel, seeking to substitute Victor S. Haltom in place of C. Roman Rector, as his counsel in these habeas proceedings. This is approved and C. Roman Rector is relieved as counsel.

        Petitioner's new counsel is given an additional thirty days from the date of this order in which to file objections to the findings and recommendations filed September 27, 2007.

        IT IS SO ORDERED.

DATED: November 30, 2007.

                                        U.S. MAGISTRATE JUDGE

2 tayl2528.sub

1