1   **VICTOR S. HALTOM**
Attorney at Law
2   State Bar No. 155157
428 J Street, Suite 350
3   Sacramento, CA 95814
Telephone: (916) 444-8663
4   Facsimile: 447-2988
*e-mail: vshjah@aol.com*
5
Attorney for Petitioner
6   **MONTE TAYLOR**

7

8               **IN THE UNITED STATES DISTRICT COURT**

9           **IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11

12   **MONTE TAYLOR,**                     )        CIV-S-05-2528 FCD KJM P
                                            )
13              Petitioner,                 )        **ORDER**
                                            )
14   v.                                     )
                                            )
15   **JAMES TILTON**, Director             )
     of California Department of Corrections )
16   and Rehabilitation, et al.             )
                                            )
17              Respondent.                 )
     _____ )
18

19          GOOD CAUSE APPEARING,

20          IT IS HEREBY ORDERED that Petitioner's application for an enlargement of

21   time until January 14, 2008, is granted.  On or before January 14, 2008, petitioner shall

22   file objections to the magistrate judge's findings and recommendations.

23   DATE: January 11, 2008.

24                                          _____
                                            U.S. MAGISTRATE JUDGE
25

26

27

28