IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MONTE TAYLOR,

      Petitioner,               No. CIV S-05-2528 FCD KJM P

    vs.

JAMES TILTON, Director, California Department of Corrections & Rehabilitation,

      Respondent.           <u>ORDER</u>

/

        The findings and recommendations issued September 27, 2007 are hereby vacated and the matter is set for status on February 20, 2008 at 10:00 a.m. in Courtroom Twenty-Six.

        IT IS SO ORDERED.

DATED: January 31, 2008.

_____
U.S. MAGISTRATE JUDGE

2

tayl2528.ord