**VICTOR S. HALTOM**
Attorney at Law
State Bar No. 155157
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 444-8663
Facsimile: 447-2988
*e-mail: vshjah@aol.com*

Attorney for Petitioner
**MONTE TAYLOR**

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MONTE TAYLOR,** ) | CIV-S-05-2528 FCD KJM P |
| ) | |
| Petitioner, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| **JAMES TILTON**, Director ) | |
| of California Department of Corrections ) | |
| and Rehabilitation, et al. ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Petitioner's application for an enlargement of time until January 28, 2008 (docket no. 36), is granted. Petitioner's objections to the magistrate judge's findings and recommendations filed January 28, 2008 are deemed timely.

DATE: January 31, 2008.
      nunc pro tunc 1/24/08

_____
U.S. MAGISTRATE JUDGE