IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MONTE TAYLOR,

        Petitioner,               No. CIV S-05-2528 FCD KJM P

    vs.

JAMES TILTON, Director,
California Department of
Corrections & Rehabilitation,

        Respondent.          <u>ORDER</u>

      /

A status conference was held on February 20, 2008. Victor Haltom, Esq., appeared for petitioner; Brian Smiley, Deputy Attorney General, appeared for respondent.

The parties agreed to address the merits of the petition, on the understanding that the question of the statute of limitations may be revisited, if necessary, at a later date.

IT IS THEREFORE ORDERED:

1. Respondent's motion to dismiss (doc. 8) is denied without prejudice;

2. The answer to the petition, accompanied by all transcripts and other documents relevant to the issues presented in the petition, shall be filed within ninety days of the date of this order. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases; and

/////

1

3. The reply, if any, is due within forty-five days after the service of the answer.

DATED: February 21, 2008.

_____
U.S. MAGISTRATE JUDGE

2

tayl2528.oah