IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MONTE TAYLOR,** | CIV-S-05-2528 FCD KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **RODERICK Q. HICKMAN, Secretary of California Department of Corrections and Rehabilitation, et al.,** | |
| Respondents. | |

GOOD CAUSE APPEARING, Respondent's application for a seven (7) day extension of time in which to file a response in this matter is GRANTED. Respondent's response is deemed timely.

Dated: May 30, 2008.

_____
U.S. MAGISTRATE JUDGE

Order

1