**VICTOR S. HALTOM**
Attorney at Law
State Bar No. 155157
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 444-8663
Facsimile: 447-2988
*e-mail: vshjah@aol.com*

Attorney for Petitioner
**MONTE TAYLOR**

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MONTE TAYLOR**, | No. CIV-S-05-2528 FCD KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **RODERICK Q. HICKMAN**, Secretary of California Department of Corrections and Rehabilitation, et al. | |
| Respondent. | |

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Petitioner's application for an enlargement of time (docket no. 52) is granted. On or before September 15, 2008, petitioner shall file his traverse.

DATE: August 19, 2008.

_____
U.S. MAGISTRATE JUDGE