IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MONTE TAYLOR,

        Petitioner,                  No. CIV S-05-2528 FCD KJM P

    vs.

MATTHEW CATE, et al.,

        Respondents.            ORDER

_____/

        Petitioner, a state prisoner proceeding pro with counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On September 24, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed September 24 2009, are adopted in full; and

2. The petition for a writ of habeas corpus is denied.

DATED: November 13, 2009.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　FRANK C. DAMRELL, JR.
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2